**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRUCE SARGENT                                                                    PLAINTIFF

VS.                              **CASE NO. 4:06CV001173 JMM**

FARMERS INSURANCE EXCHANGE, ET AL.                               DEFENDANTS

**ORDER**

Plaintiff has filed a  motion *in limine* in anticipation of trial seeking to limit reference to (1) plaintiff's alleged "poor job performance;" (2) plaintiff having filed bankruptcy; (3) plaintiff's driver's license being suspended and other business practice which were perceived to have been unacceptable; (4) plaintiff receiving approximately $33,000.00 which was the dollar value of his policies in force upon his termination; and (5) defendants prevailing on the issue of whether plaintiff's race was a determining factor in its decision to terminate plaintiff's contract during the first trial in this case.

The motion is denied in part and granted in part (#23).  Defendants have stated to the Court that they do not intend to make any reference to the fact that they prevailed on the issue of whether plaintiff's race was a determining factor in its decision to terminate plaintiff's contract during the first trial case which renders this portion of the motion moot.

For the reasons previously stated by the Court in its Order of March 7, 2005 in case No. 4:03CV00255, defendants may make reference to plaintiff's alleged "poor job performance," to plaintiff's driver's license being suspended, to plaintiff's other business practice which were perceived to have been unacceptable, and to plaintiff receiving approximately $33,000.00 which was the dollar value of his policies in force upon his termination. The motion is granted as it pertains to plaintiff's personal bankruptcy.

IT IS SO ORDERED this   27   day of February, 2008.

James M. Moody
United States District Judge