**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRUCE SARGENT**                                                                                         **PLAINTIFF**

V.                                   **CASE NO. 4:06-CV-001173 JMM**

**FARMERS INSURANCE EXCHANGE,**
**TRUCK INSURANCE EXCHANGE,**
**FIRE INSURANCE EXCHANGE,**
**MID-CENTURY INSURANCE COMPANY,**
**FARMERS NEW WORLD LIFE INSURANCE**
**COMPANY, and FARMERS INSURANCE**
**COMPANY, INC.**                                                                                          **DEFENDANTS**

## ORDER

On this 23rd day of May, 2008, comes on for consideration the defendants' Motion to File under Seal [Docket # 37].

For good cause shown, the defendants' motion is GRANTED. The defendants are directed to file under seal with the Clerk of the Court the exhibits to its proposed motion in limine that relate to the plaintiff's medical information.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE