THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUCE SARGENT**                                                                                          **PLAINTIFF**

**VS.**                                **CASE NO. 4:06CV001173 JMM**

**FARMERS INSURANCE EXCHANGE, ET AL.**                                            **DEFENDANTS**

**ORDER**

For the reasons stated into the record at the pre-trial conference held in the above styled case on June 16, 2008, plaintiff's June 13, 2008 Motion in Limine is granted (#54).

IT IS SO ORDERED THIS  16  day of   June  , 2008.

_____
James M. Moody
United States District Judge