THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUCE SARGENT**                                                                                          **PLAINTIFF**

VS.                              CASE NO. 4:06CV001173 JMM

**FARMERS INSURANCE EXCHANGE, ET AL.**                               **DEFENDANTS**

## ORDER

Defendants' Motion *in Limine* to exclude the testimony of Perry Meyer, Randy Crossland, and Brad Tomlison was denied subject to proof at trial (#49).

IT IS SO ORDERED this   20   day of June, 2008.

_____
James M. Moody
United States District Judge