THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUCE SARGENT**                                                                                           **PLAINTIFF**

VS.                            CASE NO. 4:06CV001173 JMM

**FARMERS INSURANCE EXCHANGE, ET AL.**                            **DEFENDANTS**

## JUDGMENT

This action came on for trial on June 16, 2008, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding. On June 20, 2008, at the conclusion of trial the jury returned a verdict in favor of all the defendants and against the plaintiff.

IT IS ORDERED AND ADJUDGED that based upon the jury's verdict as to defendants, plaintiff's complaint is dismissed with prejudice with plaintiff taking nothing.

Dated this 20th day of June, 2008.

_____
James M. Moody
United States District Judge